JS - 6

**FILED: 1/28/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>         Plaintiff,<br><br>   vs.<br><br>PARTY CITY CORPORATION, et al<br><br>         Defendants. | **CASE NO. SACV 13-1702  GHK (RNBx)**<br><br>**ORDER OF DISMISSAL** |

Pursuant to the *Notice of Settlement* filed on January 22, 2014, and the Court having been advised by counsel for the parties that the above-entitled action  has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:   1/27/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE